

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-34,467-22

### IN RE CHRISTOPHER KEITH HANDY, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 1481109-B IN THE 182ND DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam*.

### O R D E R

Relator has filed a motion for leave to file an application for a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he asks for the status of his "'B' writ 1481109B." He appears to be under the impression that a habeas application is pending in this Court. He states that he has been "litigating habeas corpus" for almost two years and that he will "discharge flat" on May 13, 2019.

We have received several mandamus applications concerning this cause number, but we have received only one habeas application. *See* WR-34,467-17. That application was dismissed as noncompliant on March 13, 2017. However, it appears that the district court entered orders

designating issues concerning the instant cause number in July 2017 and November 2017.

Respondent, the Judge of the 182nd District Court of Harris County, shall file a response with this Court by having the District Clerk submit the record on such habeas corpus application. In the alternative, Respondent may resolve the issues set out in the order designating issues and then have the District Clerk submit the record on such application. In either case, Respondent's answer shall be submitted within 30 days of the date of this order. This application for leave to file a writ of mandamus will be held in abeyance until Respondent has submitted his response.

Filed: April 10, 2019

Do not publish